UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON L. ROBERSON, | No. 2:22-cv-00519 DAD DB P |
| Petitioner, | |
| v. | ORDER |
| S. PEERY, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se. On October 23, 2023, petitioner filed a request for an expedited decision of his habeas petition. At the time, the petition had not yet been screened. The court subsequently screened the petition and directed respondent to file a response to the petition. The petition is now fully briefed.

Petitioner's request for an expedited decision states he has completed the prison term he was required by law to serve and is now serving an unjust an unlawful second sentence for the same offense. Respondent's answer disputes that petitioner is entitled to relief.

The court does not have a separate "expedited" calendar. The court understands petitioner's need and desire to have his case decided quickly as he believes relief is warranted. However, the court has pending before it many habeas cases wherein each prisoner alleges relief is warranted and warranted immediately. The court's case management generally proceeds by the order in which cases are received. Due to the high volume of cases and the court's diligent

1

1  handling of each case, a court decision often takes time. Additionally, it has often been noted that
2  judges in the Eastern District of California carry among the heaviest caseloads in the nation.
3  Petitioner's motion will be denied insofar as he seeks to impose different time frames than the
4  court is able to provide. The petition will be considered in due course.
5      For the reasons set forth above, IT IS HEREBY ORDERED that petitioner's request for
6  expedited review (ECF No. 26) is denied.
7  Dated:  May 29, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

8
robe0519.exp